**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6361**

———————

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

MARIO E. RODRIGUEZ, a/k/a "O",

          Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:08-cr-00031-FPS-1)

———————

Submitted: April 26, 2012          Decided:  May 1, 2012

———————

Before GREGORY, AGEE, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mario E. Rodriguez, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mario E. Rodriguez appeals the district court's order denying his motion pursuant to 18 U.S.C. § 3582(c)(2) (2006) seeking a reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Rodriguez, No. 5:08-cr-00031-FPS-1 (N.D.W. Va. filed Jan. 17, 2012 & entered Jan. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED